**EXHIBIT 1**

RECEIVED

JAN 16 2013 ⨏ 19090

EMPLOYER CONTRACTS

"MERCY"

PROJECT AGREEMENT
BIG BAD WOLF PRODUCTIONS, LLC – BLUMHOUSE PRODUCTIONS

THIS AGREEMENT is made and entered into by and between BIG BAD WOLF PRODUCTIONS, LLC ("Producer") and the INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, AFL-CIO, CLC ("IATSE"), and BLUMHOUSE PRODUCTIONS as of the first covered employee's date of hire, with respect to the following:

1)   BLUMHOUSE PRODUCTIONS has entered into a production agreement with Producer, an entity controlled by BLUMHOUSE PRODUCTIONS, pursuant to which Producer will be producing a motion picture "MERCY" ("Motion Picture") as detailed hereafter. By its acknowledgment below, BLUMHOUSE PRODUCTIONS confirms that the Motion Picture is subject to each of the separate collective bargaining agreements ("Term Agreements") between BLUMHOUSE PRODUCTIONS and the IATSE, including but not limited to:

   A)   Producer/I.A.T.S.E. Basic Agreement of 2012;

      i)   Trust Acceptance relating to the Producer/I.A.T.S.E. Basic Agreement;

      ii)  Agreement of Consent relating to the Producer/I.A.T.S.E. Basic Agreement;

   B)   Low Budget Theatrical Agreement 2010-2013 (This production falls under TIER ONE of the Low Budget Agreement).

      i)   Simultaneous with the execution of this Agreement, the company shall deposit a bond or a certified check with the IATSE in an amount equal to two (2) weeks of estimated payroll and employer benefit contributions for all employees covered by this Agreement. This deposit shall be returned to the employer when all wage and benefits have been paid and when all grievances, if any, have been settled.

      ii)  In lieu of such a bond or certified check, simultaneous with the execution of this Agreement, the Company may provide a letter to the IATSE from an established payroll company that meets with the approval of the IATSE confirming that the company has established an account with the payroll company and has pre-paid the estimated payroll and employer benefit

Received 1/9/2013 IATSE WCO

EXHIBIT 1 PAGE 9

RECEIVED

JAN 16 2013

contributions for all employees covered by this Agreement, for a two (2) week period and that such security deposit will remain on account until notice to the payroll company from the IATSE that all wages and benefits have been paid and all grievances if any, have been settled.

iii)   At the conclusion of each of the last two weeks of production, the Company may request that the funds on deposit with the payroll company be reduced by amounts sufficient to pay the week ending payroll and employer benefit contributions for all employees covered by this Agreement. The Union shall not unreasonably refuse to grant this request provided there remains on deposit an amount sufficient to cover the remaining period of production and postproduction, and all wages and benefits have been paid to date for all employees covered by this Agreement, and all grievances, if any, have been settled. The remaining balance shall be returned to the Company two weeks after the end of post-production provided that all wages and benefits have been paid and all grievances, if any, have been settled.

2)   In connection with the production of the Motion Picture, Producer has employed a number of motion picture production technicians and artisans. The IATSE has established that it is the bargaining representative of said technicians and artisans in a unit appropriate for the purposes of collective bargaining. As a consequence of the foregoing, the parties hereto have reached the agreements hereafter set forth.

3)   This Agreement shall be limited to the Motion Picture. Producer recognizes the IATSE as the exclusive collective bargaining representative of its production technicians and artisans and agrees to be bound by the Term Agreements, and any successor agreements for this Motion Picture only.

4)   All wage, working conditions, and benefit contribution provisions of the Term Agreements shall be in effect as of each employee's date of hire.

5)   This production includes but is not limited to the following locations:

**LOS ANGELES, CALIFORNIA**

6)   The employment of motion picture production technicians and artisans hired by the Producer to perform services in the County of Los Angeles, or hired by the Producer in the County of Los Angeles to perform services outside the County of Los Angeles, shall be subject to the provisions of the Producer-IATSE 2012 Basic Agreement and its successor agreements ("BA") covering the Industry Experience Roster (Article IX), Health and Pension Plans, including the Individual Account Plan (Articles, XII, XIII, XIIIA, XIV, XIX,

Received 1/9/2013 IATSE WCO

EXHIBIT __1__   PAGE __10__

RECEIVED

JAN 16 2013

EMPLOYEE CONTRACTS

and XXVIII) and the Contract Services Administration Trust Fund (Articles XXV and XXVI). The Producer and the IATSE agree that the Producer shall be deemed to be part of the multi-employer bargaining unit established by the BA with respect to the aforementioned provisions. The Producer agrees during the term of this Agreement to be bound by any amendments, modifications, extensions, supplements or renewals of any and all Term Agreements and/or Articles specified in this paragraph.

7)    The Production Company further agrees to be bound by the all of the terms and conditions of The Agreement and Declaration of Trust for the IATSE National Health & Welfare Fund and the IATSE Annuity Fund, each as restated September 22, 2005, and as amended, and each respective Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers, as related to the contributions due as set forth hereinabove.

8)    The Producer shall execute any additional documents reasonably required in order to fully effectuate this Agreement.

INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES,
MOVING PICTURE TECHNICIANS,
ARTISTS AND ALLIED CRAFTS OF THE
UNITED STATES, ITS TERRITORIES
AND CANADA, AFL-CIO, CLC

By: _____
Michael F. Miller, Jr. / International Vice
President/Director, MPTV Production Dept.
Title: _____

Date: _____ JAN 14 2013 _____

BLUMHOUSE PRODUCTIONS

By: _____

Print Name: JASON BLUM

Title: MANAGING MEMBER / PRODUCER

Date: _____

BIG BAD WOLF PRODUCTIONS, LLC

By: _____

Print Name: JASON BLUM

Title: MANAGING MEMBER / PRODUCER

Date: _____

"MERCY"

Received 1/9/2013 IATSE WCO

EXHIBIT_|__PAGE_||

RECEIVED

### *PROJECT INFORMATION SHEET*
**\*\*PLEASE PROVIDE A COPY OF THE BUDGET & A CURRENT CREW LIST**

JAN 16 2013

PROJECT TITLE: Mercy

EMPLOYER CONTRACTS

TERM PARENT COMPANY: Blumhouse Productions

PROJECT PRODUCTION COMPANY: Big Bad Wolf Productions, LLC

**FEATURES:**   TOTAL BUDGET: $2.8 million

CHOOSE ONE:   ☑ Theatrical MP   ☐ Direct-to-Video/DVD   ☐ Documentary   ☐ Other:

**TELEVISION:**   BUDGET PER EPISODE:

TYPE (Check all that apply):   ☐ Series   ☐ Pilot   ☐ Game Show/Reality

☐ Long Form   ☐ MOW/Movie-of-the-Week   ☐ Other:

EXHIBITION:   ☐ Network   ☐ Basic Cable   ☐ Pay Cable   ☐ Other:

LENGTH:   ☐ ½ Hour   ☐ 1 Hour   ☐ Other:

**NEW MEDIA:**   BUDGET PER MINUTE:

CHOOSE ONE:   ☐ Experimental   ☐ Derivative   ☐ Original

**AWARD SHOW/SPECIAL EVENT:**   Venue:

Stagehand Local:

*PLEASE COMPLETE THE FOLLOWING FOR ALL PROJECTS:*

PRODUCTION LOCATION(S): Los Angeles and Los Angeles County

POST-PRODUCTION LOCATION(S)/FACILITIES(S): TBD-Los Angeles

VISUAL EFFECTS LOCATION(S)/FACILITIES(S): TBD

PRE-PRODUCTION:   *Start –* 11/26/12   *Wrap –* 1/11/13

PRINCIPAL PHOTOGRAPHY:   *Start –* 1/15/13   *Wrap –* 2/14/13

POST-PRODUCTION:   *Start –* 2/19/13   *Wrap –* TBD

LINE PRODUCER: Albert Dickerson   Tele: 805-304-2265

    Email: albertdickerson@gmail.com

UNIT PRODUCTION MANAGER: Albert Dickerson   Tele: 805-304-2265

    Email: albertdickerson@gmail.com

PRODUCTION OFFICE INFO:

    Address: 4927 Bennett Rd   Address 2:

    City: Simi Valley   State/Province: CA

    Postal Code: 93063   Country: USA

    Tele: 510-684-8049   Fax: 323-315-2372

    Email: evitail3@gmail.com

PAYROLL SERVICE: Entertainment Partners

    Contact: Caroline Porcayo   Tele: 818-955-6299

    Email: cporcayo2@entertainmentpartners.com

ADDITIONAL INFO:

Received 1/2/2013 IATSE WCO

**EXHIBIT 1   PAGE 12**