**EXHIBIT 2**

## "Mercy"
## TRUST ACCEPTANCE

To Inc:  Directors of the Motion Picture Industry Health Plan
Directors of the Motion Picture Industry Pension Plan
Directors of the Motion Picture Industry Individual Account Plan
11365 Ventura Boulevard, Studio City, California 91604

RECEIVED
JAN 16 2013
EMPLOYER CONTRACTS

The undersigned ("Employer") represents and agrees.

1. That the Employer is engaged in the production of motion pictures or is engaged primarily in the business of furnishing materials or services for motion picture productions and

    That the Employer is familiar with the provisions of the respective Collective Bargaining Agreements and Declarations of Trusts establishing the (a) Motion Picture Industry Health Plan dated October 20, 1952 as amended ("Health Plan") and (b) the Motion Picture Industry Pension Plan dated October 26, 1953, as amended, ("Pension Plan") and (c) the Motion Picture Industry Individual Account Plan dated August 1, 1979, as amended ("Individual Account Plan") (collectively referred to as the "Plans").

2. The Employer and the International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, its Territories and Canada, AFL-CIO ("Union") have entered into and are bound to a collective bargaining agreement ("Agreement") in effect as of ____DATE OF HIRE____; the Union is a party to the Health Plan as set forth in Article 1, Section 3 of the Health Plan and is a party to the Pension Plan as set forth in Article 1, Section 27 of the Pension Plan and is a party to the Individual Account Plan as set forth in Article 1, Section 29 of the Individual Account Plan

3. The amounts and obligations of the Employer to make contributions to the Health Plan shall commence as of ____DATE OF HIRE____ and to the Pension Plan and the Individual Account Plan shall commence as of ____DATE OF HIRE____ in accordance with the provisions set forth in Article V of the Health Plan and Article III of the Pension Plan and Article III of the Individual Account Plan and the provisions set forth in Article XII, Article XIII, Article XIIIA and Article XXXIV(d) of the Producer-IATSE Basic Agreement of 2012 ("Basic Agreement") and set forth in Article 34 of the Videotape Electronics Supplemental Basic Agreement of 2012 ("Videotape Agreement"), and the Supplemental Digital Production Agreement, and successor Agreements, copies of which have been furnished to the Employer. Employer further represents that it is familiar with the provisions of Article V, Section 6 of the Health Plan, Article III, Section 6 of the Pension Plan and Article III, Section 6 of the Individual Account Plan regarding adequate payroll records.

4. In accordance with Article XIV of the Basic Agreement and Article 34 of the Videotape Agreement and in accordance with Article XIII, Section 3 of the Health Plan for the period and purposes set forth therein, the Employer commencing as of ____DATE OF HIRE____; shall pay to the Pension Plan, through its Administrator as agent for receipt, collection and transmittal to the Retired Employees Fund of the Health Plan, the amount of contributions set forth in Article V of the Health Plan and Article XIV of the Basic Agreement, for each hour guaranteed by or each hour worked for the Employer by employees for whom the Employer is obligated hereunder to make the required contributions.

5. In accordance with Article XIX (Post '60's Theatrical Motion Pictures) and Article XXVIII (Supplemental Markets) of the Basic Agreement, the Employer shall pay to the Plans the amounts due and in the manner set forth in the above sections as to motion pictures covered by such Post '60's and Supplemental Market provisions.

6. The required contributions shall be made as to employees only for such services as the employees actually rendered in connection with motion picture production.

7. Subject to the provisions of Article IX of the Health Plan and Article XIII, Section 2 of the Pension Plan, the Employer by this Trust Acceptance agrees and intends to become a party and to participate in the Health Plan and Pension Plan and Individual Account Plan to the same extent as though the Employer had executed such Trust Agreements or their counterparts with respect to the employees covered by the collective bargaining agreement.

8. The Employer appoints the Alliance of Motion Picture and Television Producers, Inc to act for the Employer under the terms and conditions of the Health Plan, the Pension Plan and the Individual Account Plan.

DATED: _____

EMPLOYER: Big Bad Wolf Productions, LLC

By: JASON BLUM
    (Print Name)

Signature: /s/

Title: MANAGING MEMBER / PRODUCER

Address: 2401 BEVERLY BLVD

City: LOS ANGELES
State: CA   Zip: 90057
Phone: (510) 684-8049

DATED: JAN 1 4 2013

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA

By: Michael F. Miller, Jr.

Signature: /s/

Title: International Vice President, Department Director MPTV Production

Received 1/9/2013 IATSE WCO

**EXHIBIT 2 PAGE 13**