**EXHIBIT 3**

RECEIVED
DEC 2? 2012
EMPLOYER CONTRACTS

# MEMORANDUM AGREEMENT

This MEMORANDUM AGREEMENT is made and entered into by and between **BIG BAD WOLF PRODUCTIONS, LLC** ("Producer") and **STUDIO TRANSPORTATION DRIVERS LOCAL 399, INTERNATIONAL BROTHERHOOD OF TEAMSTERS**, ("Local 399").

1. Producer is engaged in the production of a Motion Picture currently titled **"MERCY"** ("Low Budget Film"). In connection with the production of the **LOW BUDGET FILM**, Producer has employed a number of employees and Local 399 has established that it is the collective bargaining representative of said employees in a unit appropriate for the purposes of collective bargaining. As a consequence of the foregoing, the parties have reached the agreements hereafter set forth.

2. Producer recognizes Local 399 as the exclusive bargaining representative of all classifications of employees covered by the *2012 Producer-Studio Transportation Drivers Agreement, the 2012 Producer-Studio Casting Directors Local 399/Local 817 Agreement and the 2012 Producer-Studio Location Managers Local 399 Agreement* for this production only. The producer shall become signatory to these collective bargaining agreements effective as of each employee's **DATE OF HIRE** for the **LOW BUDGET FILM**.

3. For this production only, the employees employed pursuant to these agreements shall be subject to the terms and conditions contained in sideletter No. 7 of the Producer Studio Transportation Drivers Basic Agreement and the applicable MOW provisions of the Producer – Location Manager Agreement.

4. Producer agrees to make all trust fund benefit contributions for the covered employee's effective as of **DATE OF HIRE** for the **LOW BUDGET FILM**. Producer shall execute the Trust Fund Acceptance Agreement attached hereto for the purpose of effectuating the trust fund benefit contributions. Producer shall have thirty(30) days following the execution of this Memorandum Agreement to make such contributions without liquidated damage, interest or penalties being assessed thereon.

EXHIBIT 3 PAGE 14

RECEIVED
DEC 28 2012
EMPLOYER CONTRACTS

5.  The insignia of the Union shall be displayed on all prints of the Film in parity with the insignia of any other labor organization accorded screen credit.

The special terms and conditions of the Memorandum of Agreement shall be applicable to this Low Budget Film only as long as the "Total Production Costs" do not exceed Eight Million Dollars ($8,000,000.00). "Total Production Costs" are defined as all costs of pre-production, production and post production, both above-the-line and below-the-line, whether incurred directly or through another person or entity, and includes all deferred fixed compensation. "Total Production Costs" does not include the premium for a completion bond, financing fees, and any costs reimbursed by insurance. If the Producer exceeds the dollar amounts outlined in this paragraph, the Basic Feature rates shall be applicable and made retroactive to the employee's date of hire.

6.  This Memorandum Agreement constitutes the full and complete agreement between the parties.

7.  This agreement is made on a non-precedential, non-citable basis.

STUDIO TRANSPORTATION DRIVERS
LOCAL UNION #399

By _____
Its  BUSINESS AGENT
Date  12/21/12


BIG BAD WOLF PRODUCTIONS, LLC
"MERCY"

By _____
Its  MEMBER
Address  2401 BEVERLY BLVD
         LOS ANGELES CA 90057
Phone  (570) 684-9049
Date  12/19/12

EXHIBIT 3  PAGE 15