**EXHIBIT 4**

RECEIVED
DEC 2⁰ 2012
EMPLOYER CONTRACTS

**STUDIO TRANSPORTATION DRIVERS, LOCAL 399**
**TRUST ACCEPTANCE**

To the Directors of the Motion Picture Industry Pension and Health Plan
11365 Ventura Boulevard
Studio City, CA 91604

The undersigned ("Employer") represents and agrees:

1. That the Employer is located in the Los Angeles area and is engaged in the production of motion pictures or is engaged primarily in the business of furnishing of materials or services for motion picture productions and

   That the Employer is familiar with the provisions of the respective Agreements and Declaration of Trusts establishing the (a) Motion Picture Industry Health Plan dated October 20, 1952 as amended ("Health Plan") and (b) the Motion Picture Industry Pension Plan dated October 26, 1953, as amended, ("Pension Plan") and (c) the Motion Picture Industry Individual Account Plan dated August 1, 1979, as amended ("Individual Account Plan") (collectively referred to as the "Plans").

2. The Employer and the Studio Transportation Drivers, Local #399 of the International Brotherhood of Teamsters ("Union") have entered into and are bound to a collective bargaining agreement ("Agreement") in effect as of **DATE OF HIRE**, the Union is a party to the Health Plan as set forth in Article 1, Section 3 of the Health Plan and is a party to the Pension Plan as set forth in Article 1, Section 27 of the Pension Plan and is a party to the Individual Account Plan as set forth in Article 1, Section 29 of the Individual Account Plan.

3. The amounts and obligations of the Employer is to make contributions to the Health Plan shall commence as of **DATE OF HIRE**, and to the Pension Plan and the Individual Account Plan shall commence as of **DATE OF HIRE**, in accordance with the provisions set forth in Article V of the Health Plan and Article III of the Pension Plan and Article III of the Individual Account Plan; and the provisions set forth in Article 11, Article 12, Article 12A and Article 13B of the 1993 Producer-Studio Transportation Drivers Local #399 Agreement ("Basic Agreement"), copies of which have been furnished to the Employer.

4. In accordance with Article 13 of the Basic Agreement and in accordance with Article XIII, Section 3 of the Health Plan for the period and purposes set forth therein, the Employer commencing as of **DATE OF HIRE**, shall pay to the Pension Plan, through its Administrator as agent for receipt, collection and transmittal to the Retired Employees Fund of the Health Plan, the amount of contributions set forth in Article V of the Health Plan and Article 13 of the Basic Agreement, for each hour guaranteed by or each hour worked for the Employer by employees for whom the Employer is obligated hereunder to make contributions to the Pension Plan.

EXHIBIT 4  PAGE 16

RECEIVED
DEC 23 2012
EMPLOYER CONTRACTS

5.  In accordance with Article 15 (Post 60's Theatrical Motion Pictures) and Article 21 (Supplemental Markets) of the Basic Agreement, the Employer shall pay to the Plans the amounts due and in the manner set forth in the above sections as to motion pictures covered by such Post 60's and supplemental market provisions.

6.  The required contributions shall be made as to employees only for such services as the employees actually rendered in connection with motion picture production.

7.  Subject to the provisions of Article IX of the Health Plan and Article XIII, Section 2 of the Pension Plan, the Employer by this Trust Acceptance agrees and intends to become a party and to participate in the Health Plan and Pension Plan and Individual Account Plan to the same extent as though the Employer had executed such Trust Agreements or their counterparts with respect to the employees covered by the collective bargaining agreement.

8.  The Employer appoints the Alliance of Motion Picture and Television Producers, Inc. to act for the Employer under the terms and conditions of the Health Plan, the Pension Plan and the Individual Account Plan.

STUDIO TRANSPORTATION DRIVERS
LOCAL UNION #399
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Dated 12/21/12
By [signature]
Title BUSINESS AGENT

BIG BAD WOLF PRODUCTIONS, LLC
"MERCY"

Dated 12/19/12
By JASON BLUM
Signature [signature]
Title MEMBER
Address 2401 BEVERLY BLVD
        LOS ANGELES CA 90057
Phone (510) 684-8049

EXHIBIT 4 PAGE 17